FILED
AUG - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTONIO L. GRANDE ) | Case No.   CV 08-8020-SGL (MLG) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| D. HERNDON, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 29, 2009

*/s/ S.G. Larson*
Stephen G. Larson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____